## Evans's Estate (No. 2).

Argued Jan. 4, 1919.  Appeal, No. 103, Jan. T., 1917, by Pennsylvania Co. for Insurances on Lives and Granting Annuities, Trustee, from decree of O. C. Philadelphia Co., April T., 1888, No. 403, sustaining exceptions to adjudication in Estate of Emma L. Evans.  Before BROWN, C. J., STEWART, MOSCHZISKER, WALLING and SIMPSON, JJ.  Reversed.

Exceptions to adjudication.

The court sustained the exceptions.

*Errors assigned* were in sustaining the exceptions to the adjudication.

*Maurice Brown Saul,* of *Prichard, Saul, Bayard & Evans,* for appellant.

*Thomas James Meagher,* for Harry S. Mesirov, trustee in bankruptcy of William F. Russell, appellee.

*C. H. Hepburn,* of *Hepburn, Dechert & Norris,* for Eliza A. Settle, Sallie F. Coxe and Adam E. Wright, appellees.

OPINION BY MR. CHIEF JUSTICE BROWN, April 21, 1919:

William F. Russell, the fourth nephew of the testatrix to die during the lifetime of her sister, Sarah E. Russell, was adjudged a bankrupt June 29, 1900, and, on the theory that he had a vested interest in the fund held by the appellant, the court below directed it to pay his share to his trustee in bankruptcy.  As we have held in an opinion filed herewith in appeals to January Term, 1917, Nos. 120 and 121, that his interest was not vested, the award to the trustee in bankruptcy must be set aside, and it is so ordered, the costs on this appeal to be paid out of the funds in the hands of the appellant.